**June 1, 1973**

No. 73-27 Omer E. Hiler, PVT, U. S. Marine Corps v. COL Walter E. Domina, USMC, Commanding Officer, Naval Disciplinary Command, Portsmouth, New Hampshire.

On consideration of the Petition for Extraordinary Relief filed in the above-entitled action, it appearing that petitioner has not sought the relief requested from the officer exercising general court-martial jurisdiction pursuant to Article 138, Uniform Code of Military Justice, 10 U.S.C. § 938, it is, by the Court, this 1st day of June 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed.[1] Catlow v. Cooksey, 21 U.S.C.M.A. 106, 44 C.M.R. 160 (1971); Tuttle v. Commanding Officer, 21 U.S.C.M.A. 229, 45 C.M.R. 3 (1972).

June 11, 1973

---

[1] Whether the relief sought would be in aid of this Court's jurisdiction is not determined. 28 U.S.C. § 1651(a).